No. 91–8498.  WALLACE v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 91–8518.  CARPINO v. DEMOSTHENES ET AL.  C. A. 9th Cir. Certiorari denied.

No. 91–8607.  CARD v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 91–8628.  FERDIK v. BONZELET, SHERIFF, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–8713.  JENKINS v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 92–6.  BOLADO v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 92–17.  POLLARD v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 92–64.  TUCKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–69.  CLARK ET AL. v. JENKINS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 92–79.  KAIMOWITZ v. FREDERICK, INDIVIDUALLY AND AS MAYOR OF CITY OF ORLANDO, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–123.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–128.  BEDELL ET AL. v. MARTIN, SECRETARY OF LABOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–130.  BUILDING & CONSTRUCTION TRADES DEPARTMENT, AFL–CIO, ET AL. v. MARTIN, SECRETARY OF LABOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.